KATHRYN G. TREACY, Appellant, v. F. W. WOOLWORTH Co., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

EDWARD TYMON, Appellant, v. TYROSE HOMES, INC., Respondent and Others, Defendants.— The motion to resettle the order of this court dated February 4, 1938 [253 App. Div. 900], is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. The motion to resettle the order is granted and the order is resettled in accordance with the amended decision handed down simultaneously herewith. The parties have themselves treated the order as a judgment and they will be held to their practice. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. [See *post*, p. 591.]

LIBA BAKALAR, Appellant, v. HUDSON TRANSIT CORPORATION, Respondent.— In an action to recover for injuries sustained by plaintiff, a passenger in defendant's bus, when she was thrown from her seat by the sudden stop of the bus when the brakes were being tested under the supervision of a policeman, judgment for defendant unanimously affirmed, with costs. The case was submitted to the jury, with the acquiescence of the plaintiff, on the issue as to whether notice or warning was given to the passengers by the policeman and the operator that the test was about to be made. Under the circumstances plaintiff may not now be heard to complain that defendant was negligent in permitting the test to be made while the passengers were in the bus. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

THE BOWERY SAVINGS BANK, Appellant, v. JANET W. NIRENSTEIN, Respondent.— Action to foreclose a mortgage, in which action a defense of usury was interposed. Judgment for the defendant unanimously affirmed, with costs. No opinion. Appeal from order dated September 15, 1937, and appeal from order dated October 20, 1937, dismissed as academic, in view of the affirmance of the judgment. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

FLORENCE CAESAR, Respondent, v. GEORGE H. FLINN CORPORATION, Defendant; ARANOW & ARANOW, Appellants.— Order modified by striking out the last ordering paragraph and by inserting in its place a provision referring to an official referee, for determination, the question of the reasonable value of appellants' services as attorneys for plaintiff. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [See *post*, p. 682.]

ROBERT CRAWFORD, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Plaintiff was a passenger on defendant's trolley car. He has recovered damages for personal injuries sustained by him from an assault made on him by another passenger, on the claim that defendant's motorman did not exercise reasonable vigilance to protect plaintiff from such assault. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.